■ THOMAS KORTHAS, Respondent-Appellant, v STATE OF NEW YORK, Appellant-Respondent. (Claim No. 89090.) THOMAS KORTHAS, Respondent-Appellant, v NEW YORK STATE THRUWAY AUTHORITY et al., Appellants-Respondents. (Claim No. 92021.) [691 NYS2d 856] —Order unanimously affirmed without costs for reasons stated in decision at Court of Claims, Midey, Jr., J. (Appeals from Order of Court of Claims, Midey, Jr., J.—Summary Judgment.) Present—Pine, J. P., Hayes, Pigott, Jr., Scudder and Balio, JJ.